IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

Javier Mendez

Debtor.

CASE NO.  16-35832

CHAPTER:  13

JUDGE:  Janet S. Baer

## CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5's Notice of Motion and Motion for Relief from Stay on 2/5/2021, with Notice to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of 2/1/2021, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| *1* | *1/1/2021* | *1/1/2021* | *$739.50* | *$401.01* | *$1,140.51* | $1,140.51 |
| *1* | *2/1/2021* | *2/1/2021* | *$739.41* | *$474.16* | *$1,213.57* | $1,213.57 |
| Less post-petition partial payments (suspense balance): ($21.41) | | | | | | |

**Total: $2,332.67**

9/20

BKAO001.N002

4. This arrearage shall be paid as follows:

Debtor is ordered to make the following payments to cure the post-petition arrearage and other amounts owing set forth in paragraph 3:

| Month Stipulation payment due | Monthly Stipulation Payment Amount |
|---|---|
| *3/1/2021* | *$388.78* |
| *4/1/2021* | $388.78 |
| *5/1/2021* | $388.78 |
| *6/1/2021* | $388.78 |
| *7/1/2021* | $388.78 |
| *8/1/2021* | $388.77 |

5. Regular payments in the amount of $1,213.57 to be paid on or before 3/1/2021 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or two or more regular monthly Mortgage payments when they come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within **14** days from the date of receipt of such notice, Movant may file a **Notice of Termination of Stay** with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be payable to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

DATE: March 2, 2021

ENTERED:

_/s/ Janet S. Baer_

JUDGE

CONSENTED TO BY:

| | |
|---|---|
| /s/ Matthew C. Abad | /s/ Michelle E. Mandroiu |
| Attorney for Movant | Attorney for Debtor |
| Matthew C. Abad ARDC# 6257858 | Michelle E. Mandroiu |
| Kluever Law Group, LLC | Cutler & Associates, Ltd. |
| 225 W. Washington St., Suite 1550 | 4131 Main St. |
| Chicago, IL 60606 | Skokie IL 60076 |
| (312) 236-0077 | 847-673-8600 Office |
| mabad@klueverlawgroup.com | michelle@cutlerltd.com |